SUPERIOR PINE PRODUCTS COMPANY *v.* CONE.

GILBERT, J. The exception in this case is to the refusal to grant an interlocutory injunction. On conflicting evidence the discretion of the trial judge will not be controlled.

*Judgment affirmed. All the Justices concur.*

*E. K. Wilcox* and *T. G. Connell,* for plaintiff.

*Little & Dickerson,* for defendant.

